FIFTH DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

Case No. 5D2025-0890
LT Case No. 1999-CF-37438

_____

LAMAR J. FULLMER,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Writ of Habeas Corpus,
A Case of Original Proceeding.

Lamar J. Fullmer, Carrabelle, pro se.

No Appearance for Appellee.

May 9, 2025

PER CURIAM.

    Lamar J. Fullmer has petitioned this court for a writ of habeas corpus, again alleging entitlement to immediate release from prison regarding the sentence imposed upon him by the trial court in Brevard County Circuit Court Case Number 1999-CF-37438. We deny Fullmer's petition on the merits without discussion.

    Additionally, because it appears that Fullmer's postconviction filings are abusive, repetitive, malicious, or frivolous, Fullmer is

cautioned that any future pro se filings in this court asserting claims stemming from Brevard County Circuit Court Case Number 1999-CF-37438 may result in sanctions such as a bar on pro se filings in this court and referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. *See* § 944.279(1), Fla. Stat. (2024); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

PETITION FOR WRIT OF HABEAS CORPUS DENIED ON THE MERITS; PETITIONER CAUTIONED.

LAMBERT, SOUD, and BOATWRIGHT, JJ., concur.